IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01137-MSK-MJW

RUSSELL J. JOHNSON, and
JENNIFER JOHNSON,

Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Parties' Joint Stipulated Motion to Vacate the Settlement Conference Scheduled for May 19, 2009 (docket no. 47) is GRANTED. The Settlement Conference set before Magistrate Judge Watanabe on May 19, 2009, at 10:00 a.m. is VACATED. The parties have set a one day mediation with the Honorable William Neighbors from the Judicial Arbiter Group (JAG) on June 23, 2009. Accordingly, it is FURTHER ORDERED that the parties shall file a written status report regarding settlement within five days (5) following their mediation with Judge Neighbors.

      It is FURTHER ORDERED that Plaintiffs shall have up to and including May 26, 2009, in which to file any response to Defendant's Motion for Relief from the May 22, 2009 Deadline to Endorse Rebuttal Expert Witnesses or, in the Alternative Request for Extension (docket no. 49).

Date:   May 18, 2009