**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover<br>LaDonne Bush | Date: January 26, 2010 |
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 08-cv-01137-MSK-MJW

*Parties*: *Counsel Appearing:*

RUSSELL J. JOHNSON,                        Ross Buchanan
JENNIFER JOHNSON,

         Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a    Hilary Wells
Wisconsin corporation,                                   Brian Spano

         Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Final Pretrial Conference.

**4:06 p.m.**    **Court in session.**

Party plaintiffs are not present. Christina Van Dieren, Sr. Claims Specialist for defendant, is present.

**ORDER**:    Counsel for plaintiffs shall purchase on an expedited basis a transcript of these proceedings and transmit to the plaintiffs. The clients shall not bear the cost of the transcript.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses plaintiffs' Amended Motion for Reconsideration (**Doc. #102**).

Argument by counsel regarding plaintiffs' oral motion for further reconsideration.

**ORDER:** Amended Motion for Reconsideration (**Doc.#102**) is **DENIED**.  Oral motion for further reconsideration is **DENIED**.

Discussion regarding a consent judgment with the right to appeal.

Discussion regarding Rule 54(b) certification.

Counsel request 30 days to confer and report whether the parties have reached a resolution.

**ORDER:** By February 25, 2010, counsel shall contact chambers by telephone jointly to request a trial date, or file appropriate documents addressing the issues and eliminating the need for trial.

**4:51 p.m.** **Court in recess.**

**Total Time: 00:45**
**Hearing concluded.**